JS-6

1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

6

7               UNITED STATES DISTRICT COURT
8               CENTRAL DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,          | No. CV-10-8654-ODW (VBKx)
11 |              Plaintiff,            |
12 |        vs.                         | CONSENT JUDGMENT
13 | JULIE BURLEY, AKA JULIE C.         |
14 | BURLEY, AKA JULIE JONES BURLEY,    |
15 |              Defendant             |

16

17      Pursuant to the above stipulation of the parties,
18 Judgment is hereby entered in favor of Plaintiff, UNITED
19 STATES OF AMERICA, against Defendant, Julie Burley, aka
20 Julie C. Burley, aka Julie Jones Burley, in the principal
21 amount of $2,936.31 plus interest accrued to November 4,
22 2010, in the sum of $747.70; with interest accruing
23 thereafter at 8% annually until entry of judgment, for a
24 total amount of  $**3,684.01**.
25
26 DATED: April 7, 2011        By:_____
27                                  OTIS D. WRIGHT II
28                                  UNITED STATES DISTRICT JUDGE

Page 1